# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2010

140949

CASS KEEGO PROPERTIES LLC,
      Plaintiff-Appellee,

v

ERIC R. BRYEN and
STUART J. SNIDER,
      Defendants,

and

ARTHUR JAY WEISS and ARTHUR
JAY WEISS & ASSOCIATES, PC,
      Defendants-Appellants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140949
COA: 295076
Oakland CC: 2009-101952-NM

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2010

_____
Clerk

p0910